# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IRENE KAY,<br><br>    Plaintiff,<br><br>vs.<br><br>FIRST AMERICAN LOANSTAR TRUSTEE SERVICES; AMERICA'S SERVICING CO.; and DOES 1 through 50, inclusive,<br><br>    Defendants. | Case No.: 3:08-cv-05323-MHP<br><br>[PROPOSED] ORDER AFTER HEARING<br><br>Judge: Hon. Marilyn H. Patel<br>Dept.:  15 |

The motion of Defendant Wells Fargo Bank, N.A. dba America's Servicing Company (erroneously sued as America's Servicing Company) ("Wells Fargo") for an order dismissing the complaint or ordering a more definite statement came on for hearing on March 16, 2009 at 2 p.m. before the Honorable Marilyn H Patel. Mary Kate Sullivan appeared on behalf of defendant Wells Fargo. Ronald Arlas appeared on behalf of defendant First American Loanstar Trust Services. There was no appearance on behalf of plaintiff Irene Kay.

Following a discussion on the record, the Court ordered as follows:

1.     The Court set a further hearing on the motion for April 20, 2009 at 3 p.m..

2. The Court issued an Order To Show Cause on April 20, 2009 at 3 p.m. why the case should not be dismissed for lack of prosecution.

3. Plaintiff's failure to appear at the April 20, 2009 hearing will result in the dismissal of the matter for lack of prosecution.

4. The Case Management Conference currently scheduled for March 23, 2009 is vacated and rescheduled for April 20, 2009 at 3 p.m.

5. This signed order shall be served on plaintiff's counsel of record, including individual attorneys listed as plaintiff's counsel at any current address found at www.calbar.org for those attorneys.

6. This signed order shall also be served by first class mail return receipt requested on plaintiff at her last known address.

IT IS SO ORDERED

DATED: __March 19____, 2009



IT IS SO ORDERED
Judge Marilyn H. Patel